**Opinion filed October 2, 2025**



In The

# Eleventh Court of Appeals

_____

## No. 11-25-00198-CV

_____

## MATTHEW GOODELLE, Appellant

## V.

## TIFFENY G. HAWKINS, Appellee

**On Appeal from the 326th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 56783-C**

## M E M O R A N D U M   O P I N I O N

On July 17, 2025, Appellant, Matthew Goodelle, filed a pro se notice of appeal from the trial court's final decree of divorce. When the appeal was docketed, the clerk of this court notified Appellant that the filing fee was due and directed Appellant to file a docketing statement on or before August 14, 2025. TEX. R. APP. P. 5, 32.1. On August 18, August 26, and September 4, we notified Appellant by letter that the filing fee and the docketing statement were overdue, extended Appellant's compliance dates, and informed him that the failure to comply with

these requirements may result in dismissal of the appeal. *See* TEX. R. APP. P. 5, 42.3. As of this date, Appellant has not paid the filing fee or filed a docketing statement.

Because Appellant has failed to pay the required filing fee and has failed to comply with this court's directives, we dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3(b), (c).

W. STACY TROTTER
JUSTICE

October 2, 2025

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.